**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Lakisha Harris, et al. v. Bayer Pharma AG, et al.*   No. 12-cv-11192-DRH

*Courtney Hoff, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 11-cv-12566-DRH

*Sarah Howshall, et al. v. Bayer Pharma AG, et al.*   No. 12-cv-10140-DRH

*Estella Hunt, et al. v. Bayer Pharma AG, et al.*   No. 12-cv-11373-DRH

*Jalanda Kellogg, et al. v. Bayer Pharma AG, et al.*   No. 12-cv-11264-DRH

*Rosana Khawaja, et al. v. Bayer Pharma AG, et al.*   No. 11-cv-12590-DRH

*Hattie King, et al. v. Bayer Pharma AG, et al.*   No. 12-cv-11262-DRH

*Katie Krueger, et al. v. Bayer Corporation, et al.*   No. 12-cv-11403-DRH

*Paula Krutilek, et al. v. Bayer Corporation, et al.*   No. 12-cv-10698-DRH

*Sarah Larsen, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 13-cv-10551-DRH

*Lisa Lewis, et al. v. Bayer Schering Pharma AG, et al.*   No. 11-cv-10441-DRH

*Nikita Lindsay, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 13-cv-10502-DRH

*Nicole Lynn, et al. v. Bayer Pharma AG, et al.*   No. 12-cv-11485-DRH

*Kimari Mace, et al. v. Bayer Pharma AG, et al.*   No. 12-cv-11559-DRH

*Casey Maguire, et al. v. Bayer Pharma AG, et al.*   No. 12-cv-11631-DRH

*Brooke Martin, et al. v. Bayer Pharma AG, et al.*    No. 12-cv-11225-DRH

*Diane Mayo, et al. v. Bayer Pharma AG, et al.*    No. 12-cv-11444-DRH

*Angelia Mays, et al. v. Bayer Pharma AG, et al.*    No. 12-cv-10134-DRH

*Katherine McCarrel, et al. v. Bayer*    No. 10-cv-11840-DRH
*Corporation, et al*

*Brenda McKie, et al. v. Bayer Pharma AG, et al.*    No. 11-cv-12426-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the Motions to Dismiss, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
> BY:  /s/*Caitlin Fischer*
> **Deputy Clerk**

Digitally signed by
Judge David R. Herndon
Date: 2016.01.05
16:07:48 -06'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT

2